**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6566**

---

WILLIAM M. WRAY,

Plaintiff - Appellant,

versus

K. TOWNS, Captain; CORRECTIONAL OFFICER
SESSOMS,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
02-745-PJM)

---

Submitted: May 30, 2002              Decided: June 10, 2002

---

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William M. Wray, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William M. Wray appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly we affirm on the reasoning of the district court. See Wray v. Towns, No. CA-02-745-PJM (D. Md., filed Mar. 20, 2002; entered Mar. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED